

# SH Equities, LLC

### RECEIVERSHIP TIME LOG - PURPLE DOOR PROPERTIES, INC & ANTHONY LEE

| Date | Task | Billable Time (hrs) | Recvship | Work Code |
|---|---|---|---|---|
| 1/4/2014 | met AA Quick Sewer Company at 3301 Michigan Ave to get a second assessment of the sewer problem.  It was determined other company had made the wrong diagnosis and the problem was under the house not the garage .   They were able to unclog the blockage | 1.7 | PDP | SV |
| 1/7/2014 | spoke with Stece Barr regarding sewer problem and listing the properties for sale | 0.2 | PDP | PC |
| 1/7/2014 | received call from Joe Raglione, tenant at 3640 Tennessee about the lack of cold water.  I went to the residence and noticed the heat wasn't running and the pipes were frozen in the bathroom.  I contacted the gas company and said the account was active and didn't see why the gas wasn't on.  They did not show any meter readings on the unit so it appears to be a gas company issue and not a furnace issue.  Gas company is sending a technician out today. | 1.3 | PDP | SV |
| 1/8/2014 | Spent all day fixing water line breaks at Tennessee, sent pics to Steve Barr.  Had HVAC contractor fix furnace for tenant in 2nd flr unit at 3640 Tennessee. | 3.5 | PDP | SV |
| 1/8/2014 | phone call with Fran, appraiser, to schedule walk through at Compton, Keokuk and Dewey. | 0.1 | PDP | PC |
| 1/8/2014 | Phone call with Steve Barr about water line breaks | 0 | PDP | PC |
| 1/10/2014 | Did walk through with appraiser on Tennessee | 0.7 | PDP | SV |
| 1/11/2014 | Did walk through with appraiser on Compton, Dewey and Keokuk | 2.5 | PDP | SV |
| 1/14/2014 | Waited for a late appraiser for Wyoming, took pictures of the new leaks | 1.1 | PDP | SV |
| 1/16/2014 | Met haulers to clarify what debris needs to be removed from water line break | 0.5 | PDP | SV |
| 1/17/2014 | Received call from a Ms. Cook who is a broker representing the tenant at 3335 Compton.  She wanted to know what was going on with the property since her client the tenants in 3335 Compton are interested in purchasing the home | 0.3 | PDP | PC |
| 1/17/2014 | Tony Lee stopped by my office to deliver several water & trash bills that were over due | 0.2 | PDP | CM |
| 1/21/2014 | send water bills to Steve Barr | 0 | PDP | EM |
| 1/21/2014 | exchange email with tenant at 3335 S. Compton regarding the possibility of purchasing and making an offer of $22,500 for the property | 0.2 | PDP | EM |
| 1/23/2014 | received phone call from Anne Tkach tenant in 3335 S. Compton to clarify contingencies in her purchase offer | 0.2 | PDP | PC |

| Date | Description | Hours | Initials | Type |
|---|---|---|---|---|
| 1/23/2014 | received phone call from David Langley, tenant in 2837 Wyoming about the approval of the phone company installing a land line and to see when the appraisals might be completed. He also told me that negotiations to purchase would go through Donna Musick. | 0.2 | PDP | PC |
| 1/24/2014 | received call from Steve Barr about the appraiser for the Wyoming property and if they had performed the apparaisal | 0.1 | PDP | PC |
| 1/24/2014 | received call from Joe Raglione about the heat not working in his apartment | 0.1 | PDP | PC |
| 1/25/2014 | call Vogel Heating and Cooling to make a service call at 3640 Tennessee.  Follow phone call to discuss condition of furnace.  Condensation was getting into the controls and shutting down the system.  He informed me that the extreme temp changes in the basement are causing the condensation | 0.3 | PDP | PC |
| 1/25/2014 | scheduled time with tenant at Michigan to meet appraiser | 0.1 | PDP | PC |
| 1/25/2014 | received call from Fran - Appraiser to do an appraisal of Michigan | 0.1 | PDP | PC |
| 1/26/2014 | sent MSD bills to Steve | 0 | PDP | EM |
| 1/27/2014 | met Fran the appraiser at Michigan to perform walk through of property | 0.9 | PDP | SV |
| 1/27/2014 | received call from Steve Barr to discuss the outstanding MSD bills | 0.1 | PDP | PC |
| 1/27/2014 | received email from Steve Barr to contact a potential buyer for the properties | 0.1 | PDP | EM |
| 1/28/2014 | left a message for the potential buyer Leda Sanders | 0.1 | PDP | PC |
| 1/28/2014 | Contacted MSD (sewer service) to inquire about the balance of 2115 R Keokuk St.  The balance was zero. | 0.2 | PDP | PC |
| 1/30/2014 | placed another phone call to Leda Sanders, a potential buyer that Steve Barr had sent me | 0.1 | PDP | PC |
| 1/30/2014 | placed a call to Randy Gusdorf, per Wendi Alper Pressman in order to try and get the MSD bills reduce | 0.1 | PDP | PC |
| 1/30/2014 | received a call from Doona Musick who is representing the tenant in Wyoming on the purchase of the property.  She wanted to know if we had made any decisions yet and if the appraisal was done yet.  I informed her it wasn't | 0.1 | PDP | PC |
| | **Total January Billable Hours** | **15.1** | PDP | |
| | **Hourly Rate** | $ 125.00 | PDP | |
| | **Total January Receivership Fee** | $ 1,887.50 | PDP | |