**EXHIBIT A**

**R E Auctions  1234**

**PUBLIC AUCTION OF REAL ESTATE**

**LEGAL NOTICE:** By order of the United States District Court for the Eastern District of Missouri in 4:13-CV-01482-CAS, on May 30, 2014 at 9:30 a.m. at the Circuit Court of the City of St. Louis, 10 Tucker Boulevard, St. Louis, Missouri, SH Equities, LLC (the "Receiver") will conduct the auction sale of properties owned by Purple Door Properties, Inc. and/or Anthony Lee, and commonly known as 3335 S. Compton Ave, 3640 Tennessee Ave, 3301 Michigan Ave, 2837 Wyoming Ave, St. Louis, MO 63118 and 4215 Dewey Ave, 2115 Rear Keokuk Ave, St. Louis, MO 63116 all located in St. Louis City, Missouri (collectively the "Property"). ALL SALES ARE SUBJECT TO THE APPROVAL OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MISSOURI. Any person wishing to make an offer for all, but not less than all, of the Property must, no later than 7 days prior to the Auction, submit to the Receiver in writing a bona fide and binding bid to purchase all of the Property, and demonstrate in writing to the satisfaction of the Receiver the ability to consummate a purchase pursuant to the terms set forth in the bid. For information regarding the auction and the terms of sale, including the minimum bid for the Property, interested parties must contact, Shawn Henry of SH Equities, LLC, at (636)751-5830, shenry@sh-equities.com.

314-621-6666 • sttoday.com/homes

Classified





